# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ 07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger°
Matthew R. Mendelsohn°
David M. Estes
_____

*Certified by the Supreme Court of
 New Jersey as a Civil Trial Attorney

**Writer's Direct Dial & Email:**
mrm@mazieslater.com
**(973) 228-0391**

Karen G. Kelsen°
Cheryll A. Calderon
Adam M. Epstein°
Cory J. Rothbort°
Michael R. Griffith°
Christopher J. Geddis
Matthew R. Tonzola
_____

°Member of N.J. & N.Y. Bars

January 31, 2020

**<u>*Via ECF & Hand Delivery (Monday)*</u>**
Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

    Re: *Majdipour et al. v. Jaguar Land Rover North America, LLC*
       No. 2:12-cv-07849-MCA-LDW

Dear Judge Arleo:

  I, along with co-counsel, represent Plaintiffs in the above matter. In anticipation of the Fairness Hearing scheduled for Monday, February 3, 2020 at 3:30 pm, I enclose an updated Declaration of Jenny Shawver of Angeion Group, the Settlement Administrator. Additionally, because one additional timely exclusion was received since Plaintiffs' Motion for Final Approval was filed, we are also enclosing an [Proposed] Amended Final Judgment and Order Granting Approval of Class Settlement with an updated Exhibit 1, including the complete list of exclusions.

           Respectfully submitted,

           MATTHEW R. MENDELSOHN

Encs.