**MAZIE SLATER KATZ & FREEMAN, LLC**
103 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone: (973) 228-9898
*Attorneys for Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SIMON MAJDIPOUR, PAMELA AUSTIN, BRIAN FUCHS, CHARLES MANIS, JASON MANOWITZ, and MARVINA ROBINSON, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC,<br><br>Defendant. | Civil Action No.: 2:12-cv-07849-MCA-LDW<br><br>[~~PROPOSED~~] ORDER AWARDING ATTORNEYS' FEES, COSTS AND INCENTIVE AWARDS |

This matter having been opened to the Court by motion filed by Class Counsel for an Order awarding attorneys' fees, expenses, and incentive awards on notice to Defendant, and the Court having considered the submissions and arguments of counsel; and for the reasons set forth on the record; and for good cause shown;

IT IS on this __3__ date of __Feb__, 2020:

ORDERED as follows:

1. Class Counsel are awarded attorneys' fees in the amount of $ __1,300,000.00__.

2. Class Counsel are awarded expenses in the amount of $ __45,441.78__

3.      Plaintiffs is request for incentive awards to the Plaintiffs in the aggregate amount of $16,000 is granted and shall be distributed as follows $5,000 to Plaintiff Simon Majdipour; $3,000 to Plaintiff Pamela Austin; and $2,000 each to Plaintiffs Brian Fuchs, Charles Manis, Jason Manowitz, and Marvina Robinson.

IT IS SO ORDERED.

_____
Hon. Madeline Cox Arleo, U.S.D.J.